## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Board of Trustees of the Northern Illinois Benefit Fund et al. vs Kor Plumbing Contractors Inc. | FILED: AUGUST 20, 2008 08CV4723 JUDGE NORGLE MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
Board of Trustees of the Northern Illinois Benefit Funds et al.

| | |
|---|---|
| NAME (Type or print) L. Steven Platt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ L. Steven Platt | |
| FIRM ARNOLD and KADJAN | |
| STREET ADDRESS 19 W. Jackson, 3rd Flr. | |
| CITY/STATE/ZIP Chicago IL 60618 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 312 2005 | TELEPHONE NUMBER (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |