## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4723         Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            _____
       *(Type of Writ)*                _____
                                       *(Type of issuance)*

__1__ Original and __0__ copies on __8-28-08__ as to __KOR PLUMBING__
                                   *(Date)*
CONTRACTORS, INC.
_____

_____